No. 66962.—Firmenich, Inc. *v.* United States, protests 61/1203, 61/21805, and 61/3779 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.